IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | No.: 3:10- 00237 |
| v. | ) ) | Judge Nixon |
| STORE OPENING SOLUTIONS, INC. | ) ) | Magistrate Judge Knowles |
| Defendant. | ) | **JURY TRIAL REQUESTED** |

## ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR VIA TELECONFERENCE

A motion has been filed by Plaintiff, Equal Employment Opportunity Commission, to appear via teleconference for the initial case management conference set for May 3, 2010. For good cause shown the motion is GRANTED.

IT IS SO ORDERED this _____ day of _____, 2010.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge