ACH=CB ; F5BH98

*Kevin H. Sharp* (signature)

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO.: 3:10-CV-00237<br>Judge Nixon |
| STORE OPENING SOLUTIONS, INC., | ) ) | Magistrate Judge Knowles |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR REVIEW OF COURT ORDER DENYING DEFENDANT'S MOTION TO COMPEL GEORGIA DEPARTMENT OF LABOR RECORDS

Pursuant to Local Rule 7.01(b), Defendant Store Opening Solutions, Inc. ("SOS") respectfully requests leave of this Court to file a reply memorandum in support of its Motion for Review of Court Order Denying Defendant's Motion to Compel Georgia Department of Labor Records ("Motion for Review") (Docket Entry No. 102).

In support of this Motion, SOS states that the agency holding the records at issue is in the process of drafting a letter for submission to this Court regarding the circumstances under which it will release Claimant's records without a Release Authorization, so that the Court may have a clear understanding of this issue. Defendant anticipates having this letter and submitting a short Reply Brief attaching same within the normal timeframe allowed for filing a response under the Local Rules. For the foregoing reasons, SOS respectfully requests that the Court grant it leave to file a reply memorandum in support of its Motion to Compel.

Respectfully submitted, this 4th day of May, 2012.

*\*\*Signature on following page\*\**

1

A EVG 2349769 v1
2903192-000005  05/04/2012